# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY WOLKENSTEIN, et al., | Case No. 2:25-cv-01138-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| DAN HEINRICH, et al., | |
| Defendant(s). | |

As the filing fee has now been paid, Docket No. 5, the undersigned withdraws the report and recommendation (Docket No. 4) as moot.

IT IS SO ORDERED.

Dated: July 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1