# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WENDY WOLKENSTEIN and REBECCA KNEPP,

    Plaintiffs

v.

DAN HEINRICH and SAMUAL TILLERY,

    Defendants

Case No.: 2:25-cv-01138-APG-NJK

**Order Denying Motion for Default Judgment**

[ECF No. 13]

The plaintiffs move for entry of default judgment against the defendants. ECF No. 13. Default has been entered against the defendants. ECF No. 12. I have discretion whether to enter a default judgment.

> Factors which may be considered by courts in exercising discretion as to the entry of a default judgment include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of a dispute concerning material facts, (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits.

*Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). The plaintiffs' motion does not address these factors, so I am unable to grant it at this time. The plaintiffs may file a new motion for default judgment that addresses these factors and provides an updated calculation of prejudgment interest. I also recommend that the plaintiffs review Federal Rule of Civil Procedure 54(d) and this court's Local Rules 54-1 through 54-12. Those rules explain which costs are deemed "taxable costs" (which must be recovered by submitting a bill of costs), which

costs are deemed "non-taxable costs" (but still recoverable in conjunction with a motion for default judgment), and which costs are not ordinarily allowed.

I THEREFORE ORDER that the plaintiffs' motion for entry of default judgment **(ECF No. 13) is denied** without prejudice to file a new motion.

I FURTHER ORDER that the plaintiffs' motion for status conference **(ECF No. 14) is denied as moot.**

DATED THIS 13th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2